```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JUVENCIO GONZALEZ            :        CIVIL ACTION
                             :
            v.               :
                             :
TEMPLE UNIVERSITY            :        NO. 11-7758
```

ORDER

AND NOW, this 10th day of April, 2013, upon consideration of the defendant's motion for summary judgment (Docket No. 13), and the plaintiff's brief in opposition to that motion, and following oral argument held on March 1, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendant's motion is GRANTED.  Judgment is hereby ENTERED in favor of the defendant, Temple University, and against the plaintiff, Juvencio Gonzalez.


                            BY THE COURT:


                            /s/ Mary A. McLaughlin
                            MARY A. McLAUGHLIN, J.