# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-2395

Juvencio Gonzalez v. Temple University

2-11-cv-07758

## O R D E R

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: August 1, 2013
JK/cc: Gregory L. Liacouras, Esq.
       Patrick M. McHugh, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.