IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUVENCIO GONZALEZ | : CIVIL ACTION |
| v. | : |
| TEMPLE UNIVERSITY | : NO.11-cv-7758 |

## JUDGMENT

**AND NOW**, this 30th day of September, 2013, judgment is hereby entered in favor of Temple University, and against Juvencio Gonzalez, in the amount of $2,103.00.

_____
MICHAEL E. KUNZ
CLERK OF COURT